** PERSONAL PROPERTY TAX — ASSESSMENT — MACHINERY — OUT OF STATE CORPORATIONS ** THE PERSONAL PROPERTY OF A FOREIGN CORPORATION DOING BUSINESS IN THIS STATE (OTHER THAN THOSE SPECIFICALLY EXCEPTED BY 68 O.S. 15.14 [68-15.14] AND 68 O.S. 15.14 [68-15.14]) SHOULD BE LISTED AND ASSESSED IN ACCORDANCE WITH THE PROVISIONS OF 68 O.S. 15.12 [68-15.12] [68-15.12], 68 O.S. 15.13 [68-15.13] 68 O.S. 15.15 [68-15.15], 68 O.S. 15.16 [68-15.16] [68-15.16], 68 O.S. 15.18 [68-15.18] (MACHINERY, EQUIPMENT, CAPITAL, ROLLING STOCK) (JAMES C. HARKIN)